UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 14-01379-VAP (KKx)**                              Date: **April 15, 2015**

Title:  **Patchan Enterprises, Inc., et al. v. Wilmington Trust Retirement & Institutional Services, Corp., et al.**

**DOCKET ENTRY**

PRESENT:

      **HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

| D. Taylor | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                        None present

**PROCEEDINGS:  (IN CHAMBERS)**

      The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration.  The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reason:

      1.      Proposed ¶ 3 needs to be revised to make clear that the terms of the Protective Order do not apply to the Court and court personnel, who are subject only to the Court's internal procedures regarding the handling of material filed or lodged, including material filed or lodged under seal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: EDCV 14-01379-VAP (KKx)            April 15, 2015

**Patchan Enterprises, Inc., et al. v. Wilmington Trust Retirement & Institutional Services, Corp., et al**            **Page 2**

-----------------------------------------------------------------------------------------------------------------

2. Proposed ¶ 6 needs to be revised to make clear that any motion challenging a designation of material as Confidential or requesting a modification of the Protective Order will need to be made in strict compliance with Local Rules 37-1 and 37-2 (including the Joint Stipulation requirement).

The parties are further directed to the Court's sample stipulated protective order located on the Court's website for a sample of the format of an approved stipulated protective order.

MINUTES FORM 11            Initials of Deputy Clerk DT
CIVIL-GEN