REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATCHAN ENTERPRISES, INC., a California Corporation, and PATRICIA WESTON,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>WILMINGTON TRUST RETIREMENT & INSTITUTIONAL SERVICES CORPORATION, an Arizona Corporation, and FREDRIC WHITE, an Arizona citizen, and DOES 1-25,<br><br>                    Defendants. | Case No. 5:14-CV-01379-VAP-KK<br>**[~~PROPOSED~~] ORDER ON AMENDED STIPULATED PROTECTIVE ORDER**<br><br>Magistrate Judge Kenly Kiya Kato |

    For good cause shown, the Amended Stipulated Protective Order submitted by the parties is hereby **GRANTED.**

DATED: April 16, 2015

_____
    Honorable Kenly Kiya Kato
    United States Magistrate Judge