JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATCHAN ENTERPRISES, INC., a California Corporation, and PATRICIA WESTON,<br><br>Plaintiffs,<br><br>vs.<br><br>WILMINGTON TRUST RETIREMENT & INSTITUTIONAL SERVICES CORPORATION, an Arizona Corporation, and FREDRIC WHITE, an Arizona citizen, and DOES 1-25,<br><br>Defendants. | Case No. 5:14-CV-01379-VAP-KK<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice, with each party to bear its own fees and costs.

DATED: June 2, 2015

_____
Hon. Virginia A. Phillips
United States District Court Judge

– 1 –
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE